IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MM PROPERTY HOLDINGS, LLC, and OKLAHOMA PAIN MANAGEMENT, LLC, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case Number CIV-17-964-C |
| CONTINENTAL CASUALTY COMPANY, THE TINES GROUP, INC., and C.L. FRATES AND COMPANY, | ) | |
| Defendants. | ) | |

**JUDGMENT**

On October 16, 2018, Plaintiffs and Defendant Continental Casualty Company filed a Joint Stipulation of Dismissal with Prejudice (Dkt. No. 33). In light of this filing and the Court's October 26, 2017, dismissal of Defendants The Tines Group, Inc., and C. L. Frates and Company, this action is now concluded. Consistent with the Court's October 26, 2017, Order,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendants The Tines Group, Inc. and C. L. Frates and Company are hereby dismissed with prejudice.

DATED this 24th day of October, 2018.

ROBIN J. CAUTHRON
United States District Judge